# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TAMARCUS DAVIS

NO. 2020 KW 1145

**DECEMBER 21, 2020**

---

In Re:    Tamarcus Davis, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. Unknown.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.** This matter is remanded to the district court to determine forthwith whether the detainer placed on relator by the Ascension Parish Sheriff's Office for a misdemeanor bench warrant has been lifted, and if so, the district court is ordered to immediately provide documentation that the detainer has been lifted to the Morehouse Parish Jail where relator is presently being held.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT